UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

| | | |
|---|---|---|
| GREGORY WILSON | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:07-CV-78-KKC |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN D. REES, ET AL. | ) | **JUDGMENT** |
| | ) | |
| Defendants | ) | |

**** **** **** ****

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1. The Complaint filed by Plaintiff Gregory Wilson pursuant to 42 U.S.C. § 1983 against Commissioner LaDonna H. Thompson; Governor Steve Beshear; Warden Thomas Simpson; and Medical Director Dr. Scott Haas, as Defendants [R. 1] is **DISMISSED WITH PREJUDICE**, and Judgment is **ENTERED** in favor of the Defendants.

Entered on September 30, 2009.



**Signed By:**
*Karen K. Caldwell*
**United States District Judge**